UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **EARTON SMTIH** | **CIVIL ACTION NO. 19-1053-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JOHN SCHUYLER MARVIN** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  6th day of December 2019.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**